1310

It is hereby ordered that the order so appealed from is unanimously affirmed with costs. Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.

■ In the Matter of VICKI PERCIVAL, Petitioner, v JEANNE SAMPLE, Director, New York State Central Register, New York State Office of Children and Family Services, Respondent. [930 NYS2d 171]—

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL NORTON, Appellant. [930 NYS2d 170]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD TAYLOR, Appellant. (Appeal No. 2.) [930 NYS2d 524]—

Same memorandum as in *People v Taylor* (87 AD3d 1310 [2011]). Present—Smith, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD TAYLOR, Appellant. (Appeal No. 1.) [930 NYS2d 336]—